Gina M. Corena, Esq.
Nevada Bar No. 10330
Krista J. Nielson, Esq.
Nevada Bar No. 10698
LAW OFFICE OF GINA M. CORENA
400 S. Fourth Street, Suite 500
Las Vegas, Nevada 89101
Telephone: (702) 943-0308
Facsimile: (888) 897-6507
gina@lawofficecorena.com
krista@lawofficecorena.com
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| VLADIMIR ARGOTE-ESTRADA, an individual; IROSBEL REYES-BLANCO, an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>GREENWAY TRANS, INC., an Illinois domestic corporation; VEACESLAV REPIN, an individual; DOES I through XV, and ROE CORPORATIONS I through X, inclusive;<br><br>Defendants. | CASE NO.: 2:17-cv-01563-APG-CWH<br><br>**STIPULATION AND ORDER TO DISMISS WITHOUT PREJUDICE** |

IT IS HEREBY STIPULATED by and between the parties hereto, Plaintiffs VLADIMIR ARGOTE ESTRADA and IROSBEL REYES BLANCO, by and through their undersigned counsel, Gina M. Corena, Esq. and Krista J. Nielson, Esq. of the LAW OFFICE OF GINA M. CORENA, and Defendants GREENWAY TRANS, INC. and VEACESLAV REPIN, by and through their counsel of record, Cheryl C. Bradford, Esq. of WOLFE & WYMAN, LLP, that Plaintiffs' claims against Defendants shall be dismissed, without prejudice, with each party to bear their own costs.

/ / /

/ / /

/ / /

Case 2:17-cv-01563-APG-CWH   Document 12   Filed 07/21/17   Page 2 of 2

Case No. 2:17 cv 01563 APG CWH
Argote-Estrada and Reyes-Blanco v. Greenway Trans, Inc. and Repin, et. al.
Stipulation and Order to Dismiss Plaintiffs' claims without prejudice

As of this date, no trial date in this matter has been set by the Court.

DATED this 21st day of July, 2017.                    DATED this 21st day of July, 2017.

LAW OFFICE OF GINA M. CORENA                          WOLFE & WYMAN, LLP


/s/ Gina M. Corena, Esq.                              /s/ Cheryl C. Bradford, Esq.
Gina M. Corena, Esq.                                  Cheryl C. Bradford, Esq.
Nevada Bar No.: 10330                                 Nevada State Bar No.: 9765
Krista J. Nielson, Esq.                               6757 Spenser St.
Nevada Bar No. 10698                                  Las Vegas, NV  89119
400 S. Fourth Street, Suite 500                       *Attorneys for Defendants Greenway Trans,*
Las Vegas, Nevada 89101                               *Inc. and Veaceslav Repin*
Fax: (888) 897-6507
*Attorneys for Plaintiffs*


### ORDER

IT IS HEREBY ORDERED that Plaintiffs' claims against Defendants shall be dismissed without prejudice, with each party to bear their own costs.

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED:_____

Respectfully Submitted By:


/s/ Gina M. Corena, Esq.
Gina M. Corena, Esq.
Nevada Bar No.: 10330
Krista J. Nielson, Esq.
Nevada Bar No.: 10698
*Attorneys for Plaintiffs*